UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY–CLARK CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants.* | Civil Action No. 17-1901 (JEB) |

## CONSENT MOTION TO HOLD RESPONSES TO THE COMPLAINT IN ABEYANCE AND SET A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Defendants the District of Columbia; Muriel Bowser, in her official capacity as Mayor of the District of Columbia; Karl A. Racine, in his official capacity as Attorney General for the District of Columbia; and Tommy Wells, in his official capacity as Director of the District of Columbia Department of Energy and Environment (the District) respectfully request that the Court hold all responses to plaintiff's Complaint in abeyance pending resolution of plaintiff's motion for a preliminary injunction, filed October 9, 2017, and enter a briefing schedule on that motion. *See* Fed. R. Civ. P. 6(b)(1).

Plaintiff's Complaint was filed on September 15, 2017, and responses are due October 11, 2017. The District requests that those responses be held abeyance pending resolution of plaintiff's motion for a preliminary injunction. In addition, the District requests a November 8, 2017 deadline for the District and defendant District of Columbia Water and Sewer Authority to oppose plaintiff's motion for a

preliminary injunction, and a November 22, 2017 deadline for plaintiff to file its reply. This will promote judicial economy and conserve the Parties' resources.

The District has attached a memorandum of points and authorities in support of this Consent Motion and a proposed order. Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiff's counsel and counsel for defendant District of Columbia Water and Sewer Authority. Both parties consent to the relief requested. The District respectfully requests that the Court grant the Consent Motion and enter the proposed order.

Dated: October 10, 2017.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

TONI MICHELLE JACKSON, Bar No. 453765
Chief, Equity Section

/s/ Gregory M. Cumming
GREGORY M. CUMMING, Bar No. 1018173
FERNANDO AMARILLAS, Bar No. 974858
CONRAD Z. RISHER, Bar No. 1044678
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6627
(202) 715-7769 (fax)
gregory.cumming@dc.gov

*Counsel for the District of Columbia, Mayor Bowser, Attorney General Racine, and Director Wells*