# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 17-1901 (JEB) |

## CORRECTED NOTICE OF APPEARANCE

The Clerk shall please correct the appearance of Assistant Attorney General Micah Bluming to be counsel of record only for Defendants District of Columbia, Muriel Bowser, Karl A. Racine, and Tommy Wells in the above-captioned matter. Micah Bluming is not counsel of record for defendant District of Columbia Water and Sewer Authority and regrets any confusion.

Dated: September 27, 2021.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

FERNANDO AMARILLAS
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov